| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Marie-Ann Greenberg, MAG-1284 |
| Marie-Ann Greenberg, Standing Trustee |
| 30 TWO BRIDGES ROAD |
| SUITE 330 |
| FAIRFIELD, NJ  07004-1550 |
| 973-227-2840 |
| Chapter 13 Standing Trustee |
| IN RE: |
|    DENISSE H. MORRIS |
|    ANDREW S. MORRIS |

**Order Filed on May 30, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:  16-21684 JKS

Hearing Date:  5/24/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 30, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): DENISSE H. MORRIS
ANDREW S. MORRIS

Case No.: 16-21684

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/24/2018 on notice to GLENN R REISER, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an application to convert case to Chapter 7 by 6/7/18; and it is further

- ORDERED, that if the Court's Docket does not reflect an application to convert case to Chapter 7 has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.