UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

**Order Filed on May 30, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:

   DENISSE H. MORRIS
   ANDREW S. MORRIS

Case No.:  16-21684 JKS

Hearing Date:  5/24/2018

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 30, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  DENISSE H. MORRIS
            ANDREW S. MORRIS

Case No.:  16-21684

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 05/24/2018 on notice to GLENN R REISER, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file an application to convert case to Chapter 7 by 6/7/18; and it is further

- ORDERED, that if the Court's Docket does not reflect an application to convert case to Chapter 7 has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Denisse H. Morris  
Andrew S. Morris  
    Debtors

Case No. 16-21684-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 30, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.  
db/jdb       +Denisse H. Morris,    Andrew S. Morris,    91 Maple Street,    Kearny, NJ 07032-1915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc, ASSET-BACKED CERTIFICATES. SERIES 2006-25 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
        Glenn R Reiser    on behalf of Joint Debtor Andrew S. Morris greiser@new-jerseylawyers.com, r.gr75895@notify.bestcase.com  
        Glenn R Reiser    on behalf of Debtor Denisse H. Morris greiser@new-jerseylawyers.com, r.gr75895@notify.bestcase.com  
        Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc, ASSET-BACKED CERTIFICATES. SERIES 2006-25 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com  
        Marie-Ann    Greenberg    magecf@magtrustee.com

                                                                                                                                                                                                  TOTAL: 6