| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Denisse H. Morris <br> First Name    Middle Name    Last Name | Social Security number or ITIN: <br> EIN: | xxx–xx–8581 <br> _ _−_ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Andrew S. Morris <br> First Name    Middle Name    Last Name | Social Security number or ITIN: <br> EIN: | xxx–xx–1945 <br> _ _−_ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    6/15/16 |
| Case number: | 16–21684–JKS | Date case converted to chapter: | 7    5/25/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Denisse H. Morris | Andrew S. Morris |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 91 Maple Street <br> Kearny, NJ 07032 | 91 Maple Street <br> Kearny, NJ 07032 |
| 4. | **Debtor's attorney** <br> Name and address | Glenn R Reiser <br> LoFaro and Reiser, LLP <br> 20 Court Street <br> Hackensack, NJ 07601 | Contact phone (201) 498–0400 |
| 5. | **Bankruptcy trustee** <br> Name and address | Donald V. Biase <br> Biase Associates <br> 110 Allen Road, Suite 304 <br> Basking Ridge, NJ 07920 | Contact phone (973) 618–1008 |

**For more information, see page 2 >**

| 6. **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building <br> 50 Walnut Street <br> Newark, NJ 07102 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br><br> Contact phone 973–645–4764 <br><br> Date: 6/6/18 |
|---|---|---|
| 7. **Meeting of creditors** <br><br> **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.** <br><br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 9, 2018 at 12:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| 8. **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 9/7/18** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-21684-JKS
Denisse H. Morris                                                         Chapter 7
Andrew S. Morris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Jun 06, 2018
                              Form ID: 309A              Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
```
db/jdb         +Denisse H. Morris,    Andrew S. Morris,    91 Maple Street,    Kearny, NJ 07032-1915
516238104      +ATT Mobility,    Attn: Southwest Credit Systems,    4120 International Pkway, #1100,
                 Carrollton, TX 75007-1958
516238108       Cach LLC,    PO Box 5890,    Littleton, CO 80127
516238113       DSNB/Macys,    PO Box 8218,    Monroe, OH 45050
516449285       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516295130      +Ford Motor Credit Company, LLC,    Morgan, Bornstein and Morgan,    1236 Brce Road, Suite K,
                 Cherry Hill NJ 08034-3229
516440744      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
516238126      +New Jersey Division of Taxation,    Compliance and Enforcement,    Bankruptcy Unit,
                 50 Barrack St., PO Box 245,    Trenton, NJ 08608-2006
516243916      +Petro, Inc.,   c/o Mullooly Jeffrey Rooney Flynn, LLP,    6851 Jericho Tpke PO Box 9036,
                 Syosset, NY 11791-9036
516238127       Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516238125     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245)
516471172      +The Bank of NY Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516238129      +The Bank of New York Mellon,    Corporate Headquarters,    225 Liberty Street,
                 New York, NY 10286-0001
516238131       The Bank of New York Mellon,    Attn: Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,
                 Mount Laurel, NJ 08054-1539
516933702      +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516238132      +The Bureaus,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
516238133      +The Bureaus, Inc.,    1717 Central Street,    Evanston, IL 60201-1507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: greiser@new-jerseylawyers.com Jun 07 2018 00:34:22     Glenn R Reiser,
                 LoFaro and Reiser, LLP,    20 Court Street,    Hackensack, NJ  07601
tr             +E-mail/Text: dbiase@iq7technology.com Jun 07 2018 00:37:10     Donald V. Biase,
                 Biase Associates,    110 Allen Road, Suite 304,    Basking Ridge, NJ 07920-4500
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 00:35:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 00:35:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516238106       EDI: BMW.COM Jun 07 2018 11:59:00     BMW Bank of North America,    P.O. Box 78066,
                 Phoenix, AZ 85062-8066
516238105      +EDI: BANKAMER.COM Jun 07 2018 12:00:00     Bank of America Home Loans Servicing, LP,
                 PO Box 15222,    Wilmington, DE 19886-5222
516293852       EDI: RECOVERYCORP.COM Jun 07 2018 11:51:00     Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
517323190      +EDI: PRA.COM Jun 07 2018 11:49:00     Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516238107      +EDI: RESURGENT.COM Jun 07 2018 11:59:00     Cach LLC,    4340 S. Monaco Street, Unit 2,
                 Denver, CO 80237-3485
516238109       EDI: CAPITALONE.COM Jun 07 2018 11:59:00     Capital One,    Bankruptcy Claims Servicer,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516238110       EDI: CAPITALONE.COM Jun 07 2018 11:59:00     Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
516238111      +EDI: CAPITALONE.COM Jun 07 2018 11:59:00     Capital One Bank,    Corporate Headquarters,
                 1680 Capital One Drive,    Mc Lean, VA 22102-3407
516291618       EDI: CAPITALONE.COM Jun 07 2018 11:59:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516238112       EDI: CAPITALONE.COM Jun 07 2018 11:59:00     Capital One Bank USA,    1500 Capital One Drive,
                 Richmond, VA 23238
516238114       EDI: FORD.COM Jun 07 2018 11:51:00     Ford Motor Credit,    PO Box 537901,
                 Livonia, MI 48153-7901
516238116      +EDI: FORD.COM Jun 07 2018 11:51:00     Ford Motor Credit,    PO Box 542000,
                 Omaha, NE 68154-8000
516238115      +EDI: FORD.COM Jun 07 2018 11:51:00     Ford Motor Credit,    PO Box 220564,
                 Pittsburgh, PA 15257-2564
516238117       EDI: HFC.COM Jun 07 2018 12:00:00     Household Bank Mastercard,    PO Box 17051,
                 Baltimore, MD 21297-1051
516238119       EDI: IRS.COM Jun 07 2018 12:01:00     Internal Revenue Service,
                 955 S. Springfield Avenue, Building A,    Springfield, NJ 07081
516238120      +EDI: CHASE.COM Jun 07 2018 11:59:00     JPM Chase,    370 S. Cleveland Avenue #OH1-1073,
                 Westerville, OH 43081-8917
```

```
District/off: 0312-2         User: admin              Page 2 of 2                Date Rcvd: Jun 06, 2018
                             Form ID: 309A            Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516238121        E-mail/Text: BKRMailOPS@weltman.com Jun 07 2018 00:35:19      Kay's Jewelers,    PO Box 740425,
                  Cincinnati, OH 45274-0425
516238122       +EDI: TSYS2.COM Jun 07 2018 11:58:00       Macy's,    Bankruptcy Processing,    PO Box 8053,
                  Mason, OH 45040-8053
516238123       +E-mail/PDF: bankruptcy@ncfsi.com Jun 07 2018 00:31:36      New Century FInancial Services,
                  2 Ridgedale Avenue, Suite 104,    Cedar Knolls, NJ 07927-1118
516238124       +E-mail/PDF: bankruptcy@ncfsi.com Jun 07 2018 00:30:41      New Century Financial Services,
                  Attn: Pressler & Pressler,    16 Wing Drive,    Cedar Knolls, NJ 07927-1007
516238128        EDI: RMSC.COM Jun 07 2018 12:00:00       SYNCB/Wal-Mart,    PO Box 965024,
                  Orlando, FL 32896-5024
                                                                                              TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516238130         The Bank of New York Mellon,    Attn: Parker McCay, P.A.
516238118*       +Internal Revenue Service,    Department of the Treasury,    Centralized Insolvency Operation,
                   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
           as Trustee for the certificateholders of CWABS, Inc, ASSET-BACKED CERTIFICATES. SERIES 2006-25
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Donald V. Biase    dbiase4236@gmail.com,
           dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
           for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
           of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Glenn R Reiser    on behalf of Joint Debtor Andrew S. Morris greiser@new-jerseylawyers.com,
           r.gr75895@notify.bestcase.com
          Glenn R Reiser    on behalf of Debtor Denisse H. Morris greiser@new-jerseylawyers.com,
           r.gr75895@notify.bestcase.com
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of CWABS, Inc, ASSET-BACKED CERTIFICATES. SERIES
           2006-25 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
                                                                                              TOTAL: 6
```