UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 16-21684-JKS |
| | Chapter: 7 |
| **Morris, Denisse H.** | |
| **Morris, Andrew S.** | Judge: John K. Sherwood |
| **Debtor(s).** | |

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the Court |
|---|---|
| | 50 Walnut Street |
| | Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable John K. Sherwood on September 18, 2018 at 10:00 AM at the United States Bankruptcy Court, 50 Walnut Street, Newark, NJ 07102 in Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

**91 Maple Street, Kearny, NJ 07032**
$269,000

**Liens on property**:

$434,898.26

**Amount of equity claimed as exempt:**

$23,675

Objections must be served on, and requests for additional information directed to:

Rev. 8/1/15

Donald V. Biase, Chapter 7 Trustee

110 Allen Road
Suite 304
Basking Ridge, NJ 07920

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-21684-JKS
Denisse H. Morris                                                               Chapter 7
Andrew S. Morris
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Aug 13, 2018
                              Form ID: pdf905            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
```
db/jdb         +Denisse H. Morris,   Andrew S. Morris,   91 Maple Street,   Kearny, NJ 07032-1915
aty            +Parker McCay PA,   9000 Midlantic Drive,   Suite 300,   PO Box 5054,
                 Mt. Laurel, NJ 08054-5054
cr             +Specialized Loan Servicing LLC as servicing agent,   P. O. Box 9013,   Addison, TX 75001-9013
lm             +The Bank of New York Mellon,   225 Liberty Street,   New York, NY 10286-0001
516238104      +ATT Mobility,   Attn: Southwest Credit Systems,   4120 International Pkway, #1100,
                 Carrollton, TX 75007-1958
516238105      +Bank of America Home Loans Servicing, LP,   PO Box 15222,   Wilmington, DE 19886-5222
516238108       Cach LLC,   PO Box 5890,   Littleton, CO 80127
516238113       DSNB/Macys,   PO Box 8218,   Monroe, OH 45050
516449285       Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA  98083-0657
516238114     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,   PO Box 537901,   Livonia, MI 48153-7901)
516238115      +Ford Motor Credit,   PO Box 220564,   Pittsburgh, PA 15257-2564
516238116      +Ford Motor Credit,   PO Box 542000,   Omaha, NE 68154-8000
516295130      +Ford Motor Credit Company, LLC,   Morgan, Bornstein and Morgan,   1236 Brce Road, Suite K,
                 Cherry Hill NJ 08034-3229
516238117       Household Bank Mastercard,   PO Box 17051,   Baltimore, MD 21297-1051
516238120      +JPM Chase,   370 S. Cleveland Avenue #OH1-1073,   Westerville, OH 43081-8917
516238122      +Macy's,   Bankruptcy Processing,   PO Box 8053,   Mason, OH 45040-8053
516440744      +New Century Financial Services, Inc.,   c/o Pressler and Pressler, LLP.,   7 Entin Road,
                 Parsippany NJ 07054-5020
516238126      +New Jersey Division of Taxation,   Compliance and Enforcement,   Bankruptcy Unit,
                 50 Barrack St., PO Box 245,   Trenton, NJ 08608-2006
516243916      +Petro, Inc.,   c/o Mullooly Jeffrey Rooney Flynn, LLP,   6851 Jericho Tpke PO Box 9036,
                 Syosset, NY 11791-9036
516238127       Pressler and Pressler, LLP,   7 Entin Road,   Parsippany, NJ 07054-5020
516238125     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: New Jersey Division of Taxation,   Bankruptcy Section,   PO Box 245,
                 Trenton, NJ 08695-0245)
516471172      +The Bank of NY Mellon, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516238129      +The Bank of New York Mellon,   Corporate Headquarters,   225 Liberty Street,
                 New York, NY 10286-0001
516238131       The Bank of New York Mellon,   Attn: Parker McCay P.A.,   9000 Midlantic Drive, Suite 300,
                 Mount Laurel, NJ 08054-1539
516933702      +The Bank of New York Mellon, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
516238132      +The Bureaus,   650 Dundee Road, Suite 370,   Northbrook, IL 60062-2757
516238133      +The Bureaus, Inc.,   1717 Central Street,   Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 13 2018 23:46:45      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 13 2018 23:46:42      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516238106       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 13 2018 23:45:09
                 BMW Bank of North America,   P.O. Box 78066,   Phoenix, AZ 85062-8066
516293852       E-mail/PDF: rmscedi@recoverycorp.com Aug 13 2018 23:44:15
                 Bureaus Investment Group Portfolio No 15 LLC,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
517323190      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2018 23:44:41
                 Bureaus Investment Group Portfolio No 15 LLC,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
516238107      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2018 23:45:12      Cach LLC,
                 4340 S. Monaco Street, Unit 2,   Denver, CO 80237-3485
516238109       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:44:12      Capital One,
                 Bankruptcy Claims Servicer,   PO Box 30285,   Salt Lake City, UT 84130-0285
516238110       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:45:06      Capital One Bank,
                 PO Box 71083,   Charlotte, NC 28272-1083
516238111      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:44:13      Capital One Bank,
                 Corporate Headquarters,   1680 Capital One Drive,   Mc Lean, VA 22102-3407
516291618       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:45:06
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516238112       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 13 2018 23:44:39      Capital One Bank USA,
                 1500 Capital One Drive,   Richmond, VA 23238
516238119       E-mail/Text: cio.bncmail@irs.gov Aug 13 2018 23:46:05      Internal Revenue Service,
                 955 S. Springfield Avenue, Building A,   Springfield, NJ 07081
516238121       E-mail/Text: BKRMailOPS@weltman.com Aug 13 2018 23:46:15      Kay's Jewelers,   PO Box 740425,
                 Cincinnati, OH 45274-0425
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Aug 13, 2018
                               Form ID: pdf905          Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516238123       +E-mail/PDF: bankruptcy@ncfsi.com Aug 13 2018 23:44:42     New Century FInancial Services,
                 2 Ridgedale Avenue, Suite 104,   Cedar Knolls, NJ 07927-1118
516238124       +E-mail/PDF: bankruptcy@ncfsi.com Aug 13 2018 23:44:42     New Century Financial Services,
                 Attn: Pressler & Pressler,   16 Wing Drive,   Cedar Knolls, NJ 07927-1007
516238128        E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2018 23:45:10      SYNCB/Wal-Mart,   PO Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516238130        The Bank of New York Mellon,   Attn: Parker McCay, P.A.
516238118*      +Internal Revenue Service,   Department of the Treasury,   Centralized Insolvency Operation,
                 PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                         TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc, ASSET-BACKED CERTIFICATES. SERIES 2006-25
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Glenn R Reiser    on behalf of Joint Debtor Andrew S. Morris greiser@new-jerseylawyers.com,
               r.gr75895@notify.bestcase.com
              Glenn R Reiser    on behalf of Debtor Denisse H. Morris greiser@new-jerseylawyers.com,
               r.gr75895@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of CWABS, Inc, ASSET-BACKED CERTIFICATES. SERIES
               2006-25 kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
                                                                                               TOTAL: 6
```