| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Denisse H. Morris | Social Security number or ITIN    xxx–xx–8581 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Andrew S. Morris | Social Security number or ITIN    xxx–xx–1945 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–21684–JKS | | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Denisse H. Morris                                  Andrew S. Morris

9/14/18                                           **By the court:**   <u>John K. Sherwood</u>
                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                              Case No. 16-21684-JKS
Denisse H. Morris                                                   Chapter 7
Andrew S. Morris
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Sep 14, 2018
                              Form ID: 318               Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2018.
db/jdb         +Denisse H. Morris,    Andrew S. Morris,    91 Maple Street,    Kearny, NJ 07032-1915
aty            +Parker McCay PA,    9000 Midlantic Drive,    Suite 300,    PO Box 5054,
                 Mt. Laurel, NJ 08054-5054
cr             +Specialized Loan Servicing LLC as servicing agent,     P. O. Box 9013,    Addison, TX 75001-9013
lm             +The Bank of New York Mellon,    225 Liberty Street,    New York, NY 10286-0001
516238104      +ATT Mobility,    Attn: Southwest Credit Systems,    4120 International Pkway, #1100,
                 Carrollton, TX 75007-1958
516238108       Cach LLC,    PO Box 5890,    Littleton, CO 80127
516238113       DSNB/Macys,    PO Box 8218,    Monroe, OH 45050
516449285       Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
516295130      +Ford Motor Credit Company, LLC,    Morgan, Bornstein and Morgan,    1236 Brce Road, Suite K,
                 Cherry Hill NJ 08034-3229
516440744      +New Century Financial Services, Inc.,    c/o Pressler and Pressler, LLP.,    7 Entin Road,
                 Parsippany NJ 07054-5020
516238126      +New Jersey Division of Taxation,    Compliance and Enforcement,    Bankruptcy Unit,
                 50 Barrack St., PO Box 245,    Trenton, NJ 08608-2006
516243916      +Petro, Inc.,    c/o Mullooly Jeffrey Rooney Flynn, LLP,    6851 Jericho Tpke PO Box 9036,
                 Syosset, NY 11791-9036
516238127       Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
516238125     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245)
516471172      +The Bank of NY Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516238129      +The Bank of New York Mellon,    Corporate Headquarters,    225 Liberty Street,
                 New York, NY 10286-0001
516238131       The Bank of New York Mellon,    Attn: Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,
                 Mount Laurel, NJ 08054-1539
516933702      +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516238132      +The Bureaus,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
516238133      +The Bureaus, Inc.,    1717 Central Street,    Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2018 00:39:41     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2018 00:39:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516238106       EDI: BMW.COM Sep 15 2018 04:09:00      BMW Bank of North America,    P.O. Box 78066,
                 Phoenix, AZ 85062-8066
516238105      +EDI: BANKAMER.COM Sep 15 2018 04:09:00      Bank of America Home Loans Servicing, LP,
                 PO Box 15222,    Wilmington, DE 19886-5222
516293852       EDI: RECOVERYCORP.COM Sep 15 2018 04:08:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
517323190      +EDI: PRA.COM Sep 15 2018 04:08:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516238107      +EDI: RESURGENT.COM Sep 15 2018 04:09:00      Cach LLC,    4340 S. Monaco Street, Unit 2,
                 Denver, CO 80237-3485
516238109       EDI: CAPITALONE.COM Sep 15 2018 04:09:00      Capital One,    Bankruptcy Claims Servicer,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516238110       EDI: CAPITALONE.COM Sep 15 2018 04:09:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
516238111      +EDI: CAPITALONE.COM Sep 15 2018 04:09:00      Capital One Bank,    Corporate Headquarters,
                 1680 Capital One Drive,    Mc Lean, VA 22102-3407
516291618       EDI: CAPITALONE.COM Sep 15 2018 04:09:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
516238112       EDI: CAPITALONE.COM Sep 15 2018 04:09:00      Capital One Bank USA,    1500 Capital One Drive,
                 Richmond, VA 23238
516238114       EDI: FORD.COM Sep 15 2018 04:08:00      Ford Motor Credit,    PO Box 537901,
                 Livonia, MI 48153-7901
516238116      +EDI: FORD.COM Sep 15 2018 04:08:00      Ford Motor Credit,    PO Box 542000,
                 Omaha, NE 68154-8000
516238115      +EDI: FORD.COM Sep 15 2018 04:08:00      Ford Motor Credit,    PO Box 220564,
                 Pittsburgh, PA 15257-2564
516238117       EDI: HFC.COM Sep 15 2018 04:09:00      Household Bank Mastercard,    PO Box 17051,
                 Baltimore, MD 21297-1051
516238119       EDI: IRS.COM Sep 15 2018 04:09:00      Internal Revenue Service,
                 955 S. Springfield Avenue, Building A,    Springfield, NJ 07081
516238120      +EDI: CHASE.COM Sep 15 2018 04:09:00      JPM Chase,    370 S. Cleveland Avenue #OH1-1073,
                 Westerville, OH 43081-8917
```

```
District/off: 0312-2         User: admin             Page 2 of 2             Date Rcvd: Sep 14, 2018
                             Form ID: 318            Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516238121       E-mail/Text: BKRMailOPS@weltman.com Sep 15 2018 00:39:19     Kay's Jewelers,   PO Box 740425,
                 Cincinnati, OH 45274-0425
516238122      +EDI: TSYS2.COM Sep 15 2018 04:09:00      Macy's,   Bankruptcy Processing,   PO Box 8053,
                 Mason, OH 45040-8053
516238123      +E-mail/PDF: bankruptcy@ncfsi.com Sep 15 2018 00:45:19     New Century FInancial Services,
                 2 Ridgedale Avenue, Suite 104,   Cedar Knolls, NJ 07927-1118
516238124      +E-mail/PDF: bankruptcy@ncfsi.com Sep 15 2018 00:46:03     New Century Financial Services,
                 Attn: Pressler & Pressler,   16 Wing Drive,   Cedar Knolls, NJ 07927-1007
516238128       EDI: RMSC.COM Sep 15 2018 04:09:00      SYNCB/Wal-Mart,   PO Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516238130        The Bank of New York Mellon,   Attn: Parker McCay, P.A.
516238118*      +Internal Revenue Service,   Department of the Treasury,   Centralized Insolvency Operation,
                 PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc, ASSET-BACKED CERTIFICATES. SERIES 2006-25
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com,
               dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., Asset-Backed Certificates, Series NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Glenn R Reiser    on behalf of Joint Debtor Andrew S. Morris greiser@new-jerseylawyers.com,
               r.gr75895@notify.bestcase.com
              Glenn R Reiser    on behalf of Debtor Denisse H. Morris greiser@new-jerseylawyers.com,
               r.gr75895@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of CWABS, Inc, ASSET-BACKED CERTIFICATES. SERIES
               2006-25 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
                                                                                              TOTAL: 6
```